No. 01–1627.  JEWELL v. COX ENTERPRISES, INC., ET AL.  Ct. App. Ga.  Certiorari denied.

No. 01–1634.  STEIN v. ROBISON ET AL.  Ct. App. Wash.  Certiorari denied.

No. 01–1635.  GREENLESS v. ALMOND, GOVERNOR OF RHODE ISLAND, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 01–1636.  GEOSOUTHERN ENERGY CORP. ET AL. v. CHESAPEAKE OPERATING INC.  C. A. 5th Cir.  Certiorari denied.

No. 01–1640.  SHASTA COUNTY ET AL. v. BREWSTER.  C. A. 9th Cir.  Certiorari denied.

No. 01–1641.  RIVERA-GALARZA v. COLON-LABOY.  Sup. Ct. P. R.  Certiorari denied.

No. 01–1642.  AZTECA ENTERPRISES, INC. v. DALLAS AREA RAPID TRANSIT.  C. A. 5th Cir.  Certiorari denied.

No. 01–1643.  GOLDBLATT v. A & W INDUSTRIES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 01–1644.  HUNT v. REGISTER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–1647.  VULCAN ENGINEERING CO., INC. v. FATA ALUMINUM, INC., ET AL.; and
No. 01–1791.  FATA ALUMINUM, INC., ET AL. v. VULCAN ENGINEERING CO., INC.  C. A. Fed. Cir.  Certiorari denied. Reported below: 278 F. 3d 1366.

No. 01–1651.  SAVE PALISADE FRUITLANDS ET AL. v. TODD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–1652.  SOUTH AUSTIN COALITION COMMUNITY COUNCIL ET AL. v. SBC COMMUNICATIONS INC. ET AL.  C. A. 7th Cir. Certiorari denied.

No. 01–1655.  TARDIFF v. CALIFORNIA DEPARTMENT OF HEALTH SERVICES.  C. A. 9th Cir.  Certiorari denied.